IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No.: 1:17cr10-MW/MAL

DUSTIN UNSETH,

*Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 327. The report and recommendation was returned as undeliverable on March 24, 2025. ECF No. 28. Defendant has not kept this Court informed, as is his responsibility, with respect to his correct mailing address. Nonetheless, the Clerk's Office used the BOP's online inmate locator system to locate Defendant and resend the report and recommendation at his new listed facility. *See id*. Over three weeks have passed, and Defendant has not contacted this Court, submitted objections, or requested any extension. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 327, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended motion

to vacate, set aside, or correct sentence, ECF No. 320, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

    **SO ORDERED on April 18, 2025.**

                                            <u>**s/Mark E. Walker**</u>
                                            **Chief United States District Judge**